NO. 07-02-0313-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



SEPTEMBER 5, 2002



______________________________




ANDREW MONTEMAYOR, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;



NO. 2001-477,579; HONORABLE DRUE FARMER, JUDGE



_______________________________



Before QUINN and REAVIS and JOHNSON, JJ.

DISMISSAL


 Pending before this Court is appellant's motion to dismiss his appeal. Appellant and
his attorney have both signed the motion representing that appellant wishes to withdraw
his notice of appeal pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure. 
No decision of this Court having been delivered to date, we grant the motion. Accordingly,
having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained and our mandate will issue forthwith.

 Don H. Reavis

 Justice


Do not publish.



s to be done by June 24,
2005. That deadline lapsed and we received neither a response nor amended certification. 
Thus, we dismiss this appeal. See Tex. R. App. P. 25.2(d) (requiring that the appeal be
dismissed if a certification showing that the defendant has a right to appeal has not been
made part of the record). 

 Accordingly, this appeal is dismissed. 


 James T. Campbell

 Justice



Do not publish. 



1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.